IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

J.A.L. ,                                              *

                          Plaintiff,                 *

v.                                                          Case No.: 1:24-CV-67 (ALS)
                                                     *
COMMISSIONER OF SOCIAL SECURITY,
                                                     *
                          Defendant.
                                                     *


## J U D G M E N T

Pursuant to this Court's Order dated March 26, 2025 and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 27th day of March, 2025.

.

David W. Bunt, Clerk


s/ Michelle Paschal, Deputy Clerk